IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT -9 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| RONNIE YOUNG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § | |
| Plaintiff, § § | |
| VS. § | NO. 4:18-CV-475-A |
| § § | |
| PROCOLLECT, INC., ET AL., § § § | |
| Defendants. § | |

ORDER

Came on for consideration the motion of plaintiff, Ronnie Young, for extension of time to file motion for class certification. The court, having considered the motion, the record, and applicable authorities, finds that the motion should be denied. Plaintiff refers to "excusable neglect" for the failing to timely file his motion, but fails to allege any facts to support that contention.

The court ORDERS that plaintiff's motion for extension of time to file motion for class certification be, and is hereby, denied.

SIGNED October 9, 2018.

_____
JOHN McBRYDE
United States District Judge