ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 6 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| Ronnie Young _____ § | |
| *Plaintiff* § | |
| § | |
| § | |
| v. § | Case No. 4:18-cv-00475-A _____ |
| § | |
| § | |
| ProCollect, Inc. _____ § | |
| *Defendant* § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Stein Saks, PLLC _____, with offices at

285 Passaic Street _____
(Street Address)

| Hackensack | NJ | 07601 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| (201) 282-6500 | (201) 282-6501 |
|---|---|
| (Telephone No.) | (Fax No.) |

**II.**   Applicant will sign all filings with the name   Yaakov Saks _____.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiff, Ronnie Young

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**   Applicant is a member in good standing of the bar of the highest court of the state of

_____ New Jersey _____, where Applicant regularly practices law.

Bar license number: 021132010      Admission date: November 2010

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| * See Attached List | | |
| | | |
| | | |
| | | |

**VI.**   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

_____      _____

_____      _____

                        (If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Shawn Jaffer, Esq._____, who has offices at

15950 Dallas Parkway, Suite 400_____
(Street Address)

Dallas_____     TX_____     75248_____
(City)                                         (State)                       (Zip Code)

(214) 210-0730_____     (214) 594-6199_____
(Telephone No.)                                 (Facsimile No.)

XI. Check the appropriate box below.

     For Application in a **Civil Case**

     [✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

     For Application in a **Criminal Case**

     [ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 14th day of January_____, 2019____.

                                                        Yaakov Saks_____
                                                        Printed Name of Applicant

                                                        _____
                                                        Signature

# EXHIBIT A

# Certificate of Good Standing



## United States of America
## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Yaakov Saks

was duly admitted to practice in said Court as of March 1, 2011, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: December 7, 2018



WILLIAM T. WALSH, CLERK

By _Crystal Shanklin_
Crystal Shanklin, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# EXHIBIT B

Federal Court Admissions of Yaakov Saks, Esq.

1. Western District of Arkansas
2. Western District of Tennessee
3. District of Colorado
4. Eastern District of Texas
5. Western District of Texas
6. Eastern District of Wisconsin
7. Western District of Wisconsin
8. Eastern District of Missouri
9. District of New Jersey
10. District of New Mexico
11. District of North Dakota
12. Northern District of Illinois
13. Southern District of Illinois
14. Central District of Illinois
15. District of Nebraska
16. Eastern District of Michigan
17. District of Connecticut
18. Western District of Tennessee
19. District of Columbia