UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Ronnie Young, <br><br> Plaintiff, <br><br> v. <br><br> ProCollect Inc. <br> John Does 1-25, <br><br> Defendants. | Case No. 4:18-cv-00475-A |



**MOTION TO WITHDRAW AS COUNSEL**

The Shawn Jaffer Law Firm PLLC ("SJLF") and its attorney of record Shawn Jaffer, file this Notice of Withdrawal as Counsel for Plaintiff Ronnie Young. Plaintiff remains represented by the law firms identified below. Attorney Jonathan Kandelshein no longer requires the assistance of SJLF as Stein Saks, PLLC has appeared Pro Hac Vice in this matter at the Plaintiff's request.

Stein Saks, PLLC
285 Passaic St
Hackensack, NJ 07601

Jonathan Kandelshein
18208 Preston Rd, Ste, D-9#256
Dallas, TX 75252

Dated: January 23, 2019

**Shawn Jaffer Law Firm PLLC**
*Attorneys for Plaintiff*

_____
Shawn Jaffer
Texas Bar No.: 24107817
15950 Dallas Parkway, Suite 400
Dallas, TX 75248
Tel: (214) 210-9910
Email: shawn@jafflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the January 23, 2019, I mailed via USPS CMRRR the foregoing with the Clerk of Court and via USPS First Class mail to all Counsel of Record the foregoing.

SHAWN JAFFER LAW FIRM PLLC

Shawn Jaffer, Esq.
Texas Bar No.: 24107817
15950 Dallas Parkway, Suite 400
Dallas, Texas 75248
Phone: 214-210-9910
Fax:    214-594-6100
shawn@jafflaw.com