IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| RONNIE YOUNG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § | |
| Plaintiff, § § | |
| VS. § | NO. 4:18-CV-475-A |
| PROCOLLECT, INC., ET AL., § § § | |
| Defendants. § | |

FINAL JUDGMENT

In accordance with the court's memorandum opinion and order signed this date,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Ronnie Young, take nothing on his claims against defendant, ProCollect, Inc., and that such claims be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that defendant have and recover its court costs from plaintiff.

SIGNED February 21, 2019.

JOHN McBRYDE
United States District Judge